

United States District Court
Southern District of Texas
FILED

DEC 15 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
Southern District of Texas

David Bradley
Clerk

P.O. Box 61010
Houston, TX 77208

December 8, 2010

TO    U.S. District Clerk's Office
Western District of Texas
111 East Broadway, Room L100
Del Rio, Texas 78840

FROM: M. Lerma, Deputy Clerk

Case No. Cr H-10-1188M

Your Case No   DR05cr143      USA vs Raul Valdez

Enclosed please find all papers pursuant to Rule 5 of the Federal Rule of Criminal Procedure:

[x]     File (including minutes, orders, etc.)

[]   Bonds (any cash deposit in the Registry will be forwarded under separate cover)

[]   Passports: Passport

[]   Other:

Please sign and return a copy of this form in the enclosed envelope.

Received by: _____ Date: _____

RECEIVED
DEC 13 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK